# United States District Court
for the
# District of Kansas

NOLAN MCKENZIE,

        Plaintiff,                      Civil Action No. 2:17-CV-002539-DGK

v.

ST. LUKE'S HOSPITAL CORPORATION,
INC.,

        Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that this case is dismissed because it is in violation of the Court's Order.

Date: <u>December 21, 2017</u>        TIMOTHY M. O'BRIEN, CLERK OF COURT

                                                  /s/  Tracy Strodtman
                                                  Deputy Clerk